TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

EDNIN MARTINEZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Ednin.Martinez@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO ALEJANDRO SOTO, individually and BRYANT JUAREZ LEAL, individually;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOE INDIVIDUALS I through X, inclusive, and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No. 2:26-cv-001129-APG-DJA<br><br>**Federal Defendants' UNOPPOSED Motion for Extension of Time to File a Response to Plaintiffs' Complaint (ECF No. 1)**<br><br>**SECOND REQUEST** |

Federal Defendants, by and through undersigned counsel, move this Court for an additional 14-day extension of time, from July 15, 2026, up to and including **July 29, 2026**, in which to file a response to Plaintiffs' Complaint (ECF No. 1). Undersigned AUSA will be taking some leave, and the agency needs additional time to complete its review of Plaintiffs' file for purposes of finalizing a response.

On July 10, 2026, the parties conferred, and Plaintiff's counsel does not oppose the Government seeking an extension to **July 29, 2026**.

This is Federal Defendants' second request for an extension of time to respond to Plaintiffs' Complaint. This request is made in good faith and not for the purpose of any undue delay.

**<u>Memorandum of Points and Authorities</u>**

On April 10, 2026, Plaintiffs filed their Complaint. ECF No. 1. On May 4, 2026, Plaintiffs served Federal Defendants with summons and Complaint. Federal Defendants' current deadline to respond to the Complaint is **July 15, 2026**. ECF No. 10. Additional time is necessary for the Federal Defendants to prepare a response to the Complaint because undersigned AUSA has several competing deadlines and needs additional time to review Plaintiffs' file, to identify whether additional information is needed, to coordinate with the agency, and to prepare a response.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in seeking information from the United States Postal Service regarding the claims and allegations in Plaintiff's Complaint. However, because of upcoming leave and the agency's own need to continue reviewing Plaintiff's file and record, undersigned AUSA will need more time to file a response to the Complaint. Without such additional time, a proper response to the Complaint cannot be filed.

For these reasons, Federal Respondents respectfully request a 14-day extension from July 15, 2026, to **July 29, 2026**, to file a response to Plaintiffs' Complaint.

If this unopposed motion for an extension of time is granted, the new deadline to respond to Plaintiffs' Complaint will be **July 29, 2026**. Given Federal Defendants' diligence, and Plaintiffs' lack of opposition, good cause exists for the 14-day extension. Federal Defendants, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 10th day of July 2026.

TODD BLANCHE
Acting U.S. Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

 /s/ Ednin Martinez
EDNIN MARTINEZ
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/14/2026

3