TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

EDNIN MARTINEZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Ednin.Martinez@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERTO ALEJANDRO SOTO, individually and BRYANT JUAREZ LEAL, individually;

Plaintiffs,

v.

UNITED STATES OF AMERICA; DOE INDIVIDUALS I through X, inclusive, and ROE CORPORATIONS I through X, inclusive

Defendants.

Case No. 2:26-cv-001129-APG-DJA

**Federal Defendants' UNOPPOSED Motion for Extension of Time to File a Response to Plaintiffs' Complaint (ECF No. 1)**

**THIRD REQUEST**

Federal Defendants, by and through undersigned counsel, move this Court for an additional 14-day extension of time, from July 29, 2026, up to and including **August 12, 2026**, in which to file a response to Plaintiffs' Complaint (ECF No. 1). Undersigned AUSA will be leaving the United States Attorney's Office, and additional time is needed for the AUSA replacing her to coordinate with the agency for purposes of finalizing a response.

On July 27, 2026, the parties conferred, and Plaintiff's counsel does not oppose the Government seeking an extension to **August 12, 2026**.

This is Federal Defendants' third request for an extension of time to respond to Plaintiffs' Complaint. This request is made in good faith and not for the purpose of any undue delay.

**Memorandum of Points and Authorities**

On April 10, 2026, Plaintiffs filed their Complaint. ECF No. 1. On May 4, 2026, Plaintiffs served Federal Defendants with summons and Complaint. Federal Defendants' current deadline to respond to the Complaint is **July 29, 2026**. ECF No. 12. Additional time is necessary for the Federal Defendants to prepare a response to the Complaint because undersigned AUSA is leaving the United States Attorney's Office, and additional time is needed for a replacement AUSA to coordinate with the agency and file a response.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in seeking information from the United States Postal Service regarding the claims and allegations in Plaintiff's Complaint. However, because of her impending departure from the United States Attorney's Office, the United States will need more time to file a response to the Complaint. Without such additional time, a proper response to the Complaint cannot be filed.

For these reasons, Federal Respondents respectfully request a 14-day extension from July 29, 2026, to **August 12, 2026**, to file a response to Plaintiffs' Complaint.

If this unopposed motion for an extension of time is granted, the new deadline to respond to Plaintiffs' Complaint will be **August 12, 2026**. Given Federal Defendants' diligence, and Plaintiffs' lack of opposition, good cause exists for the 14-day extension. Federal Defendants, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 27th day of July 2026.

TODD BLANCHE
Acting U.S. Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Ednin Martinez*
EDNIN MARTINEZ
Assistant United States Attorney

**IT IS SO ORDERED:**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/29/2026