TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar Number 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERTO ALEJANDRO SOTO, individually and BRYANT JUAREZ LEAL, individually;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOE INDIVIDUALS I through X, inclusive, and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No. 2:26-cv-001129-APG-DJA<br><br>**Stipulation and Order for Dismissal with Prejudice** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiffs Roberto Alejandro Soto, individually, and Bryant Juarez Leal, individually, by and through their undersigned counsel of record, Scott Ulm, Esq., and Defendant United States of America, by and through its undersigned counsel of record, Assistant United States Attorney Tamer B. Botros, that all claims between Plaintiffs and Defendant are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

IT IS FURTHER STIPULATED AND AGREED that this case be dismissed with prejudice by the Court, that any pending hearings be vacated, and that the case be closed.

Respectfully submitted this 1st day of October 2026.

**DIMOPOULOS LAW FIRM**
400 S. 7th St., Ste. 400
Las Vegas, NV 89101

*/s/ Scott Ulm, Esq.*
SCOTT ULM, ESQ.
su@stevedimopoulos.com
*Attorney for Plaintiffs*

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for the United States of America*

IT IS SO ORDERED:

Dated: October 2, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE